NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE BARKER LOUNGE BRANDS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HUGO DANTAS *d/b/a* TANATTUS DOG SPA AND TRAINING SCHOOL, <br><br> Defendant. | Civil Action No.: 18-8022 (JLL) <br><br> **ORDER** |

This matter comes before the Court by way of United States Magistrate Judge Joseph A. Dickson's *sua sponte* March 26, 2019 Report and Recommendation, recommending that the Court enter judgment against Defendant, individually, and enforce the parties' settlement agreement. (ECF No. 34). Specifically, Judge Dickson found that judgment should be entered against Defendant, individually, because: (1) Defendant in his individual capacity was the only named defendant in this case and at no point argued that he was shielded from personal liability by virtue of his LLC; (2) Defendant negotiated and agreed upon the terms of the settlement agreement as an individual, whereby Defendant agreed to pay $7,500 to Plaintiff and to have a permanent injunction entered against him; and (3) Defendant's LLC, which is actually named "Tanattos Professional Dog Training Limited Liability Company," was not a party to this action. (*Id.* at 2–5). The Court notes that to date Defendant has not opposed or responded to Judge Dickson's March 26, 2019 Report and Recommendation, and that the time to respond to same under the Federal Rules of Civil Procedure and Local Civil Rules has passed. *See, e.g.*, L. Civ. R. 72.1(c)(2). For good cause shown,

IT IS THEREFORE on this \_\_\_11th\_\_\_ day of April, 2019,

ORDERED that the findings of fact and conclusions of law in Judge Dickson's March 26, 2019 Report and Recommendation, (ECF No. 34), are hereby ADOPTED by this Court; and it is further,

ORDERED that Plaintiff's application for the entry of judgment against Defendant, individually, and for enforcement of the settlement agreement, (ECF No. 29), is hereby GRANTED; and it is further

ORDERED that judgment is entered against Defendant, individually, and in favor of Plaintiff; and it is further

ORDERED that the parties shall follow the terms of the settlement agreement and that Defendant in his individual capacity shall, among other things, make a payment to Plaintiff in the amount of $7,500; and it is further

ORDERED that the Clerk of the Court shall mark this matter CLOSED.

_____
JOSE L. LINARES
Chief Judge, United States District Court